UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DAVIS,

        Plaintiff,                         Case No.  1:05cv100

v.                                         Hon. Gordon J. Quist

CORRECTIONAL MEDIAL
SERVICES, INC.,

        Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 31, 2005.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 31, 2005, is **approved and adopted** as the opinion of the court.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED**.

                                               /s/Gordon J. Quist
                                             Hon. Gordon J. Quist
                                             U.S. District Judge

Dated:  October 3, 2005