UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JOHN DAVIS,

        Plaintiff,　　　　　　　　　　　　Case No. 1:05-cv-100

v.　　　　　　　　　　　　　　　　　　　Hon. Gordon J. Quist

CORRECTIONAL MEDICAL
SERVICES INC., et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 7, 2005, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that defendants' motions to dismiss (docket nos. 20, 21, 49 and 54) are **GRANTED** and plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

        /s/Gordon J. Quist
        Hon. Gordon J. Quist
        U.S. District Judge

Dated:  December 2, 2005